[No. 10981-0-III.   Division Three.   March 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL
MAGANA OROZCO, *Appellant*.

Appeal from a judgment of the Superior Court for
Franklin County, No. 90-1-50092-5, Carolyn A. Brown, J.,
entered July 26, 1990. *Affirmed* by unpublished opinion
per Shields, C.J., concurred in by Thompson, J., and
Mitchell, J. Pro Tem.

[No. 13252-4-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
ALLEN BORELLO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00799-1, Barbara D. Johnson, J., entered
September 6, 1989. *Reversed* by unpublished opinion per
Alexander, J., concurred in by Petrich, C.J., and Morgan,
J.

[No. 14736-0-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA
A. GIDDENS, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 90-1-00460-9, James D. Roper, J., entered
November 8, 1990. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and
Seinfeld, J.